ACCEPTED
06-14-00223-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/9/2015 10:30:00 AM
DEBBIE AUTREY
CLERK

No. 06-14-00223-CR

IN THE COURT OF APPEALS

FOR THE SIXTH APPELLATE DISTRICT

TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/9/2015 10:30:00 AM
DEBBIE AUTREY
Clerk

DALE DEWAYNE FISHER                    APPELLANT

VS

STATE OF TEXAS                         APPELLEE

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

I.

Judgment was entered with the 115th District Court of Upshur County, Texas, in Cause Number 16,741 styled The State of Texas vs. Dale Dewayne Fisher, on the 12th day of November, 2014. The Appellant's brief is due on April 15, 2015. This is the Appellant's second request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until May 15, 2015, and will hopefully be the last extension we will ask for and as reason therefore, would show the court as follows: Appellant's attorney has recently submitted a brief in Cory Martin Colvin v. State, Case Number 06-14-00163-CR to the Sixth Court of Appeals. Further, Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning April 13, 2015: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Mary Ellen Clark, Cause Number 16723; State v. Christopher Alan Ray, Cause Number 16,784; State v. Kelly Wayne Haney, Cause number 16,881; State v. Stefoni Elyse Knox, Cause Number 16,854;State v. Jerry Dean Becht, Cause Number 16,907; and State v. Lester Shane Browning, Cause Number 16,875. Further, Appellant's attorney has recently submitted a brief in State v. Roderick King, Case Number 06-14-00166-CR. Lastly, Appellant's attorney is in the process of moving his office and home to another location for the hopefully short time (4-5 months) until he is able to retire. The move will be completed by April 17, 2015, and the sale of the office/home will be completed on May 1, 2015.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Honorable Court of Appeals extend the time for the filing of Appellant's Brief in this cause to the 15th day of May, 2015.

Respectfully Submitted,

/s/Tim Cone

_____

Tim Cone, Attorney At Law
State Bar N. 04660350
P.O. Box 413
Gilmer, Texas  75644
903-725-6270
 e-mail: timcone6@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Natalie Miller, Assistant Criminal District Attorney  for Upshur County, attorney for Appellee, on this the  9th  day of April, 2015.

/s/Tim Cone

_____

Tim Cone, Attorney At Law